CITY OF HURON v. ELWOOD. (Circuit Court of Appeals, Eighth Circuit. December 11, 1900.) No. 1,453. In Error to the Circuit Court of the United States for the District of South Dakota. John Wood, for plaintiff in error. C. O. Bailey, J. H. Voorhees, D. J. Carnes, and G. W. Dunton, for defendant in error. No opinion. Affirmed, with costs, on authority of City of Huron v. Second Ward Sav. Bank, 30 C. C. A. 38, 86 Fed. 272, 49 L. R. A. 534.

CITY OF HURON v. SHEPARD. (Circuit Court of Appeals, Eighth Circuit. January 25, 1901.) No. 1,478. In Error to the Circuit Court of the United States for the District of South Dakota. John Wood, for plaintiff in error. John L. Pyle and Alva E. Taylor, for defendant in error. No opinion. Affirmed, with costs.

CITY OF HURON v. WARREN. (Circuit Court of Appeals, Eighth Circuit. December 11, 1900.) No. 1,454. In Error to the Circuit Court of the United States for the District of South Dakota. John Wood, for plaintiff in error. William M. Jones, for defendant in error. No opinion. Affirmed, with costs, on authority of City of Huron v. Second Ward Sav. Bank, 30 C. C. A. 38, 86 Fed. 272, 49 L. R. A. 534.

CITY OF WOOSTER v. EASTERN TRUST & BANKING CO. (Circuit Court of Appeals, Sixth Circuit. November 15, 1900.) No. 847. In Error to the Circuit Court of the United States for the Northern District of Ohio. L. R. Critchfield, A. S. McClure, M. L. Smyser, and A. D. Metz, Jr., for plaintiff in error. Squire, Sanders & Dempsey, for defendant in error. No opinion. Affirmed, on authority of Village of Kent v. Dana, 40 C. C. A. 281, 100 Fed. 56, and of the opinion in this court.

CLEVELAND TERMINAL & VALLEY R. CO. v. METROPOLITAN TRUST CO. et al. (Circuit Court of Appeals, Sixth Circuit. December 4, 1900.) No. 910. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Dismissed, on motion of counsel for Metropolitan Trust Company, (1) because the appeal was not perfected within six months from date of decree of the court below; (2) because no appeal bond was filed and no citation for appellees issued within six months from date of decree; (3) because no transcript has been filed in this court sufficient to show the errors complained of; (4) because no briefs have been filed for appellants in accordance with the rules of this court.

DETROIT BRIDGE & IRON WORKS v. FIDELITY INSURANCE, TRUST & SAFE-DEPOSIT CO. et al. ELLIOTT FROG & SWITCH CO. v. SAME. FROST-TRIGG LUMBER CO. v. SAME. T. J. MOSS TIE CO. v. SAME. JACKSONVILLE & ST. L. RY. CO. v. SAME. (Circuit Court of Appeals, Seventh Circuit. January 21, 1901.) Nos. 590, 592–595. Appeals from the Circuit Court of the United States for the Southern District of Illinois. On motion to dismiss appeals. W. L. Patton, for appellants. Samuel P. Wheeler and Bluford Wilson, for appellees.

PER CURIAM. The appeal in each of these cases is ordered dismissed, for lack of parties, on the authority of Kidder v. Deposit Co. (this day decided) 105 Fed. 821.